THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

|  |  |
|---|---|
| RITA LIBMAN,<br><br>            Plaintiff,<br><br>   vs.<br><br>EQUIFAX INC., et al.,<br><br>          Defendants. | Case No.: **2:18-cv-01686-JAM-GGH**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current Response date: July 5, 2018<br>New Response Date: August 6, 2018 |

Plaintiff RITA LIBMAN ("Plaintiff") and Defendant EQUIFAX INC. ("Defendant"), hereby stipulate as follows:

1. Plaintiff served Defendant on June 13, 2018

2. Defendant's initial deadline to respond to the Complaint was July 5, 2018.

3. Plaintiff and Defendant agree to extend the time 30 days for Defendant to respond to the Complaint up to and including August 6, 2018, so that Defendant will have additional time to investigate this matter and the parties can explore the possibility of settlement.

- 1 –

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted July 5, 2018:

                              NOKES & QUINN

                              /s/ Thomas P. Quinn, Jr.
                              THOMAS P. QUINN, JR. (Bar No. 132268)
                              NOKES & QUINN
                              410 Broadway, Suite 200
                              Laguna Beach, CA 92651
                              Tel: (949) 376-3500
                              Fax:  (949) 376-3070
                              Email:  tquinn@nokesquinn.com
                              Attorney for Defendant Equifax Inc.


                              /s/ Elliot W. Gale (as authorized on June 14, 2018)
                              ELLIOT W. GALE (Bar No. 263326)
                              SAGARIA LAW, P.C.
                              3017 Douglas Blvd, Suite 200
                              Roseville, CA 95661
                              Tel: (408) 279-2288
                              Fax: (408) 279-2299
                              Email: egale@sagarialaw.com
                              Attorney for Plaintiff

                       **Signature Attestation**

     I obtained the authorization of Elliot W. Gale to affix his signature to this stipulation and submit this stipulation on his behalf.

July 5, 2018                  /s/ Thomas P. Quinn, Jr.
                              THOMAS P. QUINN, JR.

- 2 –

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT

**ORDER**

Pursuant to stipulation, Defendant Equifax Inc. is granted a further extension to respond to Plaintiff's complaint for 30 days up to and including August 6, 2018.

**IT IS SO ORDERED**

Dated:   7/5/2018                                    /s/ John A. Mendez
                                                            HONORABLE JOHN A. MENDEZ

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT