Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Rita Libman

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| RITA LIBMAN<br><br>    Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC.<br>    Defendant. | Case No.: 2:18-cv-01686-JAM-AC<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, Citimortgage, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 1/3/2019                 /s/ John A. Mendez_____
                                Hon. JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE